IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| GOURMET GALLERY CROWN BAY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| TROPICAL SHIPPING AND CONSTRUCTION COMPANY LIMITED and TROPICAL SHIPPING USA, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil No. 2014-51

## JUDGMENT

Before the Court is the motion [DE 12] of Tropical Shipping and Construction Company Limited and Tropical Shipping USA, LLC (collectively "Tropical") for summary judgment and Gourmet Gallery Crown Bay, Inc.'s ("plaintiff") cross motion for summary judgment pursuant to Rule 56(a) of the Federal Rules of Civil Procedure.

For the reasons stated in the accompanying memorandum opinion of even date, it is hereby **ORDERED** as follows:

(1)  Tropical's motion for summary judgment [DE 12] is **GRANTED**;

(2)  Judgment shall be entered in favor of Tropical on all counts of the complaint;

(3)  Plaintiff's cross motion for summary judgment [DE 21] is found as **MOOT**;

(4)  Tropical's pending motion to stay discovery [DE 25] is found as **MOOT**;

(5)  Tropical's pending motion for extension of time to complete discovery [DE 28] is found as **MOOT**; and

(6)  The Clerk of Court shall **CLOSE** this case.

**Dated**: October 29, 2014     S\_____
                                                **RUTH MILLER**
                                                United States Magistrate Judge